ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

LAMONT HOWARD, )
)
    Plaintiff, )
)
v. ) CV 310-024
)
SCOTT WILKES, et al., )
)
    Defendants. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, as Plaintiff has neither fulfilled the requirements for proceeding *in forma pauperis*, nor paid the filing fee, this case is **DISMISSED**, without prejudice. In light of the dismissal, Plaintiff's motion to amend his complaint is deemed **MOOT** (doc. no. 7), and his motion to dismiss his "RICO Statement" filed on May 6, 2010, is also deemed **MOOT** (doc. no. 10).

SO ORDERED this ___ day of September, 2010, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE